PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 04 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.    Fletcher, Brent James    Docket No.    0980 2:13CR02076-FVS-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Carrie A. Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brent James Fletcher, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 15th day of May 2013 under the following condition:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether the defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Violation #1: The defendant is alleged to be in violation of his condition of pretrial supervision in the Eastern District of Washington by using heroin on April 4, 2014.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
| by | I declare under the penalty of perjury that the foregoing is true and correct.<br><br>Executed on:    April 4, 2014<br><br>s/Carrie Valencia<br><br>Carrie Valencia<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[✓]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Fred Van Orcell
Signature of Judicial Officer

April 4, 2014
Date